**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER FINDING PROBABLE CAUSE AND** |
| vs. | ) | **AUTHORIZING ISSUANCE OF SUMMONS** |
| | ) | |
| Shelly J. Haugan, | ) | Case No. 4:12-cr-161 |

Application having been made to the Court by the United States for issuance of a Summons for the above-named defendant, and the Court having reviewing the Application and affidavit of Special Agent Christine Greenwell, the Court **FINDS** there is probable cause to believe that an offense has been committed by Shelly J. Haugan as alleged in the Information. The court **ORDERS** the Clerk of the United States District Court to issue a summons for Shelly J. Haugan.

Dated this 21st day of September, 2012.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge